FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 0 1 2007

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATE OF AMERICA, | ] CASE N0.: 8:07MJ79 |
| Plaintiff, | ] |
| vs. | ] ORDER |
| FIDEL ABARCA-URIOSTEGUI, MATEO ABARCA-URIOSTEGUI, | ] |
| Defendant. | ] |

THIS MATTER came before the Court on the 31st day of May, 2007 upon the oral motion of Defendant's attorney of record, Horacio J. Wheelock. The Court, being fully advised in the premises, finds and orders as follows:

THAT the following individuals/witnesses currently being detained in Douglas County Corrections not be transferred to any other facility and/or removed or deported from the United States until after Tuesday, June 5th, 2007:

1. Elias Avila-Delgado;
2. Matia Cayetno-Cruz;
3. Manuel Castro-Torres;
4. Javier Del Pillar-Garcia;
5. Luis Ocampo-Morales;
6. Alvaro Torres-Rogel;
7. Roman Miranda-Miranda; and
8. Alejandro Delgado-Villares.

IT IS SO ORDERED.

DATED this ___/___ June, 2007.

BY THE COURT

_____
THE HONORABLE F.A. GOSSETT, III
MAGISTRATE JUDGE

PREPARED & SUBMITTED BY:

Horacio J. Wheelock #22528
WHEELOCK LAW OFFICE
319 South 17th Street, Suite 230
Omaha, NE 68102
402.342.9147 [office]
402.342.9531 [fax]
hjwheelock@yahoo.com
Attorney for Defendant